# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| COACH USA, INC., *et al.* ) | Case No. 24-11258-MFW |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |
| _____ ) | |
| GREENWICH INSURANCE COMPANY, ) | Case No. 25-50529-MFW |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COACH USA, Inc., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**STIPULATION BETWEEN PLAINTIFF AND CERTAIN DEFENDANTS EXTENDING TIME TO RESPOND TO THE COMPLAINT AND ADDRESSING SERVICE OF PROCESS**

Defendants Il An Young, Nickoshea A. Wallace, Terry-Ann Bleacher, Sonja Davis, Tanya Scheer, and Kristen Pegram (the "Defendants") and Plaintiff Greenwich Insurance Company ("Greenwich" and, with the Defendants, the "Parties") hereby stipulate and agree as follows with respect to extending the time to respond the Complaint for Declaratory Judgment (the "Adversary Complaint") filed by Greenwich on April 16, 2025 as Adversary No. 25-50529 (MFW) (the "Adversary Proceeding") and addressing service of process.

**RECITALS**

WHEREAS, on April 16, 2025, Greenwich filed the Adversary Complaint, thereby commencing the Adversary Proceeding;

1

WHEREAS, on July 9, 2025, an alias summons (the "Summons") for the Adversary Complaint was issued; and

WHEREAS, on July 10 and 11, 2025, the Summons, Adversary Complaint, and Notice of Dispute Resolution Alternatives were served on Defendants by first-class United States mail, postage prepaid.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. The above recitals are incorporated by reference into this Stipulation with the same force and effect as if fully set forth hereinafter.

2. The Defendants, by and through their undersigned counsel, agree that service of the Summons, Adversary Complaint, and Notice of Dispute Resolution Alternatives has been made on the Defendants.

3. The Defendants shall have until August 29, 2025 to respond to the Adversary Complaint.

4. Except as otherwise expressly set forth herein, neither this Stipulation nor the extension granted herein shall constitute a waiver by any of the parties of any right, claim or defense concerning the Adversary Complaint or this Adversary Proceeding. Each party reserves all of its respective rights, claims, and defenses with respect to the Adversary Complaint and the Adversary Proceeding.

5. This Stipulation may be executed in any number of counterparts, each of which when so executed and delivered shall be an original, but all of which together shall constitute one and the same document.

6. The Bankruptcy Court shall retain jurisdiction over any disputes concerning this Stipulation.

IN WITNESS WHEREOF, the Parties, by their undersigned counsel, intending to be legally bound, have executed this Stipulation as of the date(s) set forth below.

| **KENNEDYS CMK LLP** | **REGER RIZZO & DARNALL LLP** |
|---|---|
| /s/ *Marc Casarino* <br> Marc Casarino (DE 3613) <br> 222 Delaware Avenue, Suite 710 <br> Wilmington, DE 19801 <br> Direct: (302) 308-6647 <br> Email: marc.casarino@kennedyslaw.com <br> -and- <br> Louis H. Kozloff, Esquire <br> Thomas J. Seery, Esquire <br> Eileen M. Bradley, Esquire <br> (pro hoc vice forthcoming for the above) <br> KENNEDYS CMK LLP <br> 1600 Market Street <br> Suite 1410 <br> Philadelphia, PA 19103 <br> Direct: (267) 479-6701 <br> Louis.Kozloff@kennedyslaw.com <br> Thomas.Seery@kennedyslaw.com <br> Eileen.Bradley@kennedyslaw.com <br><br> *Attorneys for Plaintiff* <br> *Greenwich Insurance Company* <br><br> Dated: August 8, 2025 | /s/ *Louis J. Rizzo, Jr.* <br> Louis J. Rizzo, Jr. (#3374) <br> Brandywine Plaza West <br> 1521 Concord Pike, Suite 305 <br> Wilmington, DE 19803 <br> (302) 477-7100 <br> Email: lrizzo@regerlaw.com <br><br> *Attorney for Defendants, Il An Young, Nickoshea A. Wallace, Terry-Ann Bleacher, Sonja Davis, Tanya Scheer, and Kristen Pegram* <br><br> Dated: August 8, 2025 |